**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-05S** **June 24, 2005**

**TITLE: USA V. DANIEL CASTRO**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**INTERPRETER: JOSE KLEINBERG**

**IN COURT: 10:35 a.m. - 11:05 a.m.**

---

**COUNSEL PRESENT:** **Government - Zechariah Chafee, AUSA**
**Defendant - Kevin J. Fitzgerald, Esquire**
**Probation - Michael Perry**

**<u>RE: Sentencing</u>**

**Proceedings - All counsel of record present; Defendant present; no objections to the PSR; Court accepts the PSR; Government recommends the low-end of the guideline range (46 months); Defense counsel asked the Court for a 12 month sentence; Defendant addresses his statements to the Court; Court imposes 27 months as to Count I; 3 years S/R; $100.00 S/A; The defendant shall surrender to the Immigration Officials for deportation; if deported, the defendant shall remain outside the United States; Defendant waives his rights to file an appeal; Defendant to remain in custody.**